```
BENJAMIN B. WAGNER
United States Attorney
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000
```



FILED
JAN 24 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  )  1:12-CR-007 AWI
                           )
        Plaintiff,         )
                           )  ORDER RE: MOTION TO UNSEAL
   v.                      )  INDICTMENT
                           )
DARRYL BRADLEY,            )
                           )
        Defendant.         )
_____)

Pursuant to the motion by the United States, IT IS HEREBY ORDERED that the Indictment filed on January 12, 2012 be unsealed.

DATED: 1/24/12                  _____
                                U.S. MAGISTRATE JUDGE

2