| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424 |
| | Federal Defender |
| 2 | CHARLES J. LEE, Bar #221057 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | |
| | Attorney for Defendant |
| 6 | DARRYL BRADLEY |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 1:12-cr-0007 AWI DLB |
|---|---|---|
| | ) | |
| *Plaintiff,* | ) | STIPULATION AND ORDER TO CONTINUE |
| | ) | STATUS CONFERENCE HEARING |
| v. | ) | |
| | ) | DATE: April 9, 2012 |
| DARRYL BRADLEY, | ) | TIME: 1:00 P.M. |
| | ) | JUDGE: Hon. Dennis L. Beck |
| *Defendant.* | ) | |
| _____ | ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the status conference in the above-captioned matter now set for February 13, 2012, **may be continued to April 9, 2012 at 1:00 p.m.**

This continuance is at the request of defense counsel as defense needs additional time in preparation of this case. The case is currently set for a first time status conference. Defense is in receipt of the initial discovery as well as an offer from the government. Defense needs additional time to investigate certain matters and view the evidence in this case. Defense would also like an opportunity to engage in further plea negotiations and make a counter-offer. The requested continuance is with the intention of conserving time and resources for both parties and the court.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense

///

preparation and plea negotiation purposes pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: February 3, 2012        By:   /s/ Kimberly A. Sanchez
                                     KIMBERLY A. SANCHEZ
                                     Assistant United States Attorney
                                     Attorney for Plaintiff


                                     DANIEL J. BRODERICK
                                     Federal Defender

DATED: February 3, 2012        By:   /s/ Charles J. Lee
                                     CHARLES J. LEE
                                     Assistant Federal Defender
                                     Attorney for Defendant
                                     DARRYL BRADLEY

**O R D E R**

**IT IS SO ORDERED.** Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   February 3, 2012**           **/s/ Dennis L. Beck**
                                        UNITED STATES MAGISTRATE JUDGE